# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MARY C. FONTAINE, | ) | |
| *Plaintiff* | ) | No. 1:12-cv-08738 |
| v. | ) | Judge Joan B. Gottschall |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) | Magistrate Judge Michael T. Mason |
| *Defendant* | ) | |

## METROPOLITAN LIFE INSURANCE COMPANY'S
## MOTION FOR ENTRY OF JUDGMENT

Defendant Metropolitan Life Insurance Company ("MetLife"), by its attorney Warren von Schleicher of Smith, von Schleicher & Associates, submits its Motion for Entry of Judgment, pursuant to Fed. R. Civ. P. 52(a):

1. MetLife correctly determined that Plaintiff failed to satisfy the terms and conditions for payment of disability benefits under the terms of the ERISA Plan and Guaranteed Standard Issue Program.

2. Plaintiff fails to satisfy her burden of proving that she qualifies for payment of benefits under the ERISA Plan and Guaranteed Standard Issue Program.

3. Accordingly, judgment should be entered in favor of MetLife.

WHEREFORE, defendant METROPOLITAN LIFE INSURANCE COMPANY respectfully requests entry of judgment in their favor, dismissal of Plaintiff's Amended Complaint with prejudice, and an award of costs and attorneys' fees incurred in this action under 29 U.S.C. §1132(g).

Respectfully submitted,

Warren von Schleicher (IL-6197189)     By: /s/ Warren von Schleicher
SMITH | VON SCHLEICHER + ASSOCIATES          Attorney for Defendant,
180 North LaSalle St. Suite 3130                  Metropolitan Life Insurance Company
Chicago, Illinois 60601
P  312.541.0300 | F  312.541.0933
warren.vonschleicher@svs-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing on the following attorneys:

Mark D. DeBofsky
Martina B. Sherman
Daley, DeBofsky & Bryant
55 W. Monroe St., Ste. 2440
Chicago, Illinois 60603
mdebofsky@ddbchicago.com
msherman@ddbchicago.com

/s/ Warren von Schleicher
SMITH | VON SCHLEICHER + ASSOCIATES
180 N. LaSalle St. Suite 3130
Chicago, Illinois 60601
P  312.541.0300 | F  312.541.0933
warren.vonschleicher@svs-law.com
Ill. Bar No. 6197189