# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Mary C. Fontaine,

Plaintiff(s),

v.

Metropolitan Life Insurance Company,

Defendant(s).

Case No. 12cv8738

Judge Joan B. Gottschall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment is entered in favor of the Plainitff Mary C. Fontaine and against the Defendant Metropolitan Life Insurance Company.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Joan B. Gottschall on a motion for entry of judgment.


Date: 3/27/2014                    Thomas G. Bruton, Clerk of Court

                                   Enjoli Fletcher , Deputy Clerk