IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARY C. FONTAINE, ) | |
| ) | No. 1:12-cv-08738 |
| Plaintiff, ) | |
| ) | Judge Joan B. Gottschall |
| v. ) | |
| ) | Magistrate Judge Michael T. Mason |
| METROPOLITAN LIFE INSURANCE ) | |
| COMPANY ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF THE PARTIES AS TO PROPOSED FINAL JUDGMENT ORDER

The Parties, Mary C. Fontaine, Plaintiff, and Metropolitan Life Insurance Company, Defendant, hereby stipulate and agree that the amounts of benefits under the LTD Plan and IDI Policy, prejudgment interest, and costs set forth in the attached Proposed Final Judgment Order are mathematically correctly calculated. However, this stipulation is made solely in the interest of concluding the proceedings before the District Court for purpose of appellate review. Despite stipulating that the amounts are correctly calculated, Defendant expressly denies that MetLife has any liability to Plaintiff under ERISA, the LTD Plan, the IDI Policy, the Memorandum Opinion and Order and Judgment in a Civil Case (Docket Nos. 74, 75) or otherwise, denies that Plaintiff is entitled to any recovery thereunder, denies that Plaintiff is entitled to recover prejudgment interest or any other sum, and retains all rights to seek appellate review thereof (Docket No. 79) and appellate review of the Final Judgment Order.

| | |
|---|---|
| *Mark D. DeBofsky* | *Warren von Schleicher (with consent)* |
| Attorney for Plaintiff | Attorney for Defendant |
| Mark D. DeBofsky | Warren von Schleicher |
| DeBofsky & Associates, P.C. | Smith, von Schleicher & Associates |
| 200 W. Madison St., Suite 2670 | 180 N. LaSalle, Suite 3130 |
| Chicago, Illinois 60606 | Chicago, Illinois 60601 |
| (312) 561-4040 | (312) 541-0300 |
| FAX (312) 929-0309 | FAX (312) 541-0933 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARY C. FONTAINE, | ) | |
| | ) | No. 1:12-cv-08738 |
| Plaintiff, | ) | |
| | ) | Judge Joan B. Gottschall |
| v. | ) | |
| | ) | Magistrate Judge Michael T. Mason |
| METROPOLITAN LIFE INSURANCE COMPANY | ) ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT ORDER**

THIS MATTER coming before the Court on the parties' joint stipulation following the entry of the Court's March 27, 2014 ruling (Doc.74) and entry of judgment (Doc.75) without specifying the amount due; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiff, Mary C. Fontaine is entitled to judgment in her favor and against the Metropolitan Life Insurance Company on her claims for individual disability income benefits and group long-term disability benefits; and she is presently due the following:

1. The Court awards Plaintiff long-term disability benefits in the amount of $478,573.97, consisting of $570,807.00 in LTD benefits due, less $92,233.03 in Social Security benefits, which is the amount accrued as of April 30, 2014.

2. The Court awards Plaintiff individual disability income insurance benefits in the amount of $462,735.48, which is the amount accrued as of April 30, 2014.

3. The Court grants prejudgment interest to the Plaintiff in the following amounts reflecting interest accrued at the prime rate of 3.25%, compounded monthly over the 18 months since the commencement of this litigation:

     a.     LTD prejudgment interest: $478,573.97 x $(1 + 0.00270833333)^{18}$ = $502,449.38, and the prejudgment interest for this period is $23,875.41.

     b.     IDI prejudgment interest: $462,735.48 x $(1 + 0.00270833333)^{18}$ = $485,820.73, and the prejudgment interest for this period is $23,085.25.

    4.    The Court awards Plaintiff costs in the amount of $2,613.91.

                        ENTER:

                        _____
                        Joan B. Gottschall
                        United States District Judge

This Order was prepared jointly by:

Mark D. DeBofsky
DeBofsky & Associates, P.C.
200 W. Madison St., Suite 2670
Chicago, Illinois 60606
(312) 561-4040
FAX (312) 929-0309

Warren von Schleicher
Smith, von Schleicher & Associates
180 N. LaSalle, Suite 3130
Chicago, Illinois 60601
(312) 541-0300
FAX (312) 541-0933

## CERTIFICATE OF SERVICE

Mark D. DeBofsky, the undersigned attorney, certifies that he served a copy of the foregoing upon the Clerk of Court and all counsel of record by CM/ECF on May 13, 2014.

/s/ Mark D. DeBofsky
_____
Mark D. DeBofsky
One of Plaintiff's Attorneys